UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                      :

EFSTATHIOS MAROULIS, *on behalf of himself and all others similarly situated*,

                         24-CV-4221 (JMF)

                    Plaintiff,

      -v-

CHRISTIE'S INC.,

                    Defendant.

-----------------------------------------------------------------------X

WILLIAM COLLEY, *on behalf of himself and all others similarly situated*,

                         24-CV-4386 (JMF)

                    Plaintiff,

      -v-                                       ORDER

CHRISTIE'S INC.,

                  Defendants.

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On June 3, 2024, Plaintiff Efstathios Maroulis filed a putative class action against Defendant Christie's Inc. ("Christie's") in 24-CV-4221. On June 7, 2024, Plaintiff William Colley filed a similar putative class action against Christie's in 24-CV-4386. As of this Order, no motion for consolidation has been filed, but 24-CV-4386 has been accepted by the Court as related to 24-CV-4221, and the cases appear to involve common questions of law and fact.

       The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter

brief, not to exceed three single-spaced pages, by **June 24, 2024**.  If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

Whereas counsel for Christie's has yet to appear in 24-CV-4386, it is further ORDERED that Plaintiff Colley shall promptly serve a copy of this Order on Christie's **within two business days of this Order** and file proof of service on the docket **within one business day of service**.

SO ORDERED.

Dated: June 17, 2024
      New York, New York

                                                JESSE M. FURMAN
                                       United States District Judge