UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
EFSTATHIOS MAROULIS, *on behalf of himself and all* :
*others similarly situated*, :
: 24-CV-4221 (JMF)
Plaintiff, :
:
-v- :
:
CHRISTIE'S INC., :
:
Defendant. :
:
------------------------------------------------------------------------X
:
WILLIAM COLLEY, *on behalf of himself and all others* :
*similarly situated*, :
:
Plaintiff, :
: 24-CV-4386 (JMF)
-v- :
:
CHRISTIE'S INC., :
:
Defendant. :
:
------------------------------------------------------------------------X
:
RUSSELL DEJULIO, *on behalf of himself and all others* :
*similarly situated*, et al., :
:
Plaintiffs, : 24-CV-4604 (JMF)
:
-v- : ORDER
:
CHRISTIE'S INC., :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 3, 2024, Plaintiff Efstathios Maroulis filed a putative class action against Defendant Christie's Inc. ("Christie's") in 24-CV-4221. On June 7, 2024, Plaintiff William Colley filed a similar putative class action against Christie's in 24-CV-4386. On June 17, 2024, the Court directed any party who objects to consolidation to file a letter brief no later than yesterday. 24-CV-4221, ECF No. 12; 24-CV-4386, ECF No. 6. No party filed any objection.

As these actions involve common questions of law and fact and the parties do not object to consolidation, it is hereby ORDERED that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, they are consolidated under the case number 24-CV-4221. The initial pretrial conference scheduled in 24-CV-4221 will now also include the parties in 24-CV-4386; accordingly, **the parties in 24-CV-4386 should carefully review the Notice of Initial Pretrial Conference docketed in 24-CV-4221 (ECF No. 6), as that Order and the requirements contained therein now applies to them as well.**

After the Court entered its Order indicating that it was inclined to consolidate these cases, Plaintiffs Russell DeJulio and Yifan Shi filed yet another putative class action against Christie's in 24-CV-4604, which was also accepted by the Court as related to 24-CV-4221 because the cases appear to involve common questions of law and fact. Accordingly, the court is inclined to consolidate this new case as well, pursuant to Rule 14, for all purposes. Any party who objects to consolidation of 24-CV-4604 with 24-CV-4221 shall file a letter brief, not to exceed three single-spaced pages, by **July 1, 2024**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

The Clerk of Court is directed to consolidate 24-CV-4221 and 24-CV-4386 under case number 24-CV-4221, and to close 24-CV-4386. **All future filings in the now-consolidated actions should be made in 24-CV-4221 alone.**

SO ORDERED.

Dated: June 25, 2024
      New York, New York

                                          JESSE M. FURMAN
                                          United States District Judge