UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                         :

IN RE CHRISTIE'S DATA BREACH LITIGATION,    :

                         :            24-CV-4221 (JMF)

*This Document Relates To:*
*Maroulis v. Christie's Inc.*, No. 1:24-cv-4221-JMF  :
*Colley v. Christie's Inc.*, No. 1:24-cv-4386-JMF  :

-------------------------------------------------------------------------X
                         :

RUSSELL DEJULIO, *on behalf of himself and all others* :
*similarly situated*, et al.,

              Plaintiffs,      :

                         :            24-CV-4604 (JMF)
     -v-                   :

CHRISTIE'S INC.,              :

              Defendant.     :

-------------------------------------------------------------------------X
                         :

ALICE BRUCE, *on behalf of herself and all others* :
*similarly situated*,

              Plaintiff,       :            24-CV-4748 (JMF)

     -v-                   :            ORDER

CHRISTIE'S INC.,              :

              Defendant.     :

-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 21, 2024, Plaintiff Alixe Bruce filed a putative class action against Defendant Christie's Inc. in 24-CV-4748.  The Court accepted it as related to 24-CV-4221.

This is the latest in a string of putative class actions that have been filed against Christie's, all of which appear to involve common questions of law and fact.  Indeed, one case (24-CV-4386) has already been consolidated with 24-CV-4221, and the Court has indicated that it is inclined to consolidate yet another case (24-CV-4604) absent any objection by this upcoming Monday, July 1, 2024.

The Court is inclined to consolidate this new case as well, pursuant to Rule 42, for all purposes.  Any party who objects to consolidation of 24-CV-4748 with 24-CV-4221 shall file a letter brief, not to exceed three single-spaced pages, by **July 1, 2024**.  If no party files a letter opposing consolidation, the Court will consolidate the cases without further notice to the parties.

Finally, in light of the number of cases that have now been filed, and will likely be consolidated under 24-CV-4221, the Court concludes that the caption of the case should be changed to *In re Christie's Data Breach Litigation*.  Any future filing in 24-CV-4221 shall use that caption and reference the member cases to which the filing pertains (as the caption of this Order does).  **The Clerk of Court is directed to update the docket of 24-CV-4221 to reflect the new caption.**

SO ORDERED.

Dated:  June 27, 2024
        New York, New York

_____
JESSE M. FURMAN
United States District Judge