UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IN RE CHRISTIE'S DATA BREACH LITIGATION,    :
:  24-CV-4221 (JMF)
:
*This Document Relates To:*                  :  ORDER
*Maroulis v. Christie's Inc.*, No. 1:24-cv-4221-JMF   :
*Colley v. Christie's Inc.*, No. 1:24-cv-4386-JMF    :
*De Julio et al. v. Christie's Inc.*, No. 1:24-cv-4604-JMF :
*Bruce v. Christie's Inc.*, No. 1:24-cv-4748-JMF    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 3, 2024, Plaintiff Efstathios Maroulis filed what would become the first of several putative class actions against Defendant Christie's Inc. ("Christie's") in 24-CV-4221. One case (24-CV-4386) has already been consolidated with 24-CV-4221, now captioned *In re Christie's Data Breach Litigation*. Two other cases (24-CV-4604 & 24-CV-4748) have been accepted by the Court as related, and the Court directed any party who objects to those cases being consolidated as well to file a letter brief no later than yesterday. 24-CV-4221, ECF Nos. 14-15; 24-CV-4604, ECF Nos. 9 & 11; 24-CV-4748, ECF No. 10. No party filed any objection.

As these actions involve common questions of law and fact and the parties do not object to consolidation, it is hereby ORDERED that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, they are consolidated under the case number 24-CV-4221. The initial pretrial conference scheduled in 24-CV-4221 will now also include the parties in 24-CV-4604 and 24-CV-4748; accordingly, **the parties in 24-CV-4604 and 24-CV-4748 should carefully review the Notice of Initial Pretrial Conference docketed in 24-CV-4221 (ECF No. 6), as that Order and the requirements contained therein now apply to them as well**.

2

The Clerk of Court is directed to consolidate 24-CV-4221, 24-CV-4604, and 24-CV-4748 under case number 24-CV-4221, and to close 24-CV-4604 and 24-CV-4748.  **All future filings in the now-consolidated actions should be made in 24-CV-4221 alone**, and shall use the caption *In re Christie's Data Breach Litigation* and reference the member cases to which the filing pertains.

    SO ORDERED.

Dated: July 2, 2024
       New York, New York

_____
JESSE M. FURMAN
United States District Judge