UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
              :

IN RE CHRISTIE'S DATA BREACH LITIGATION,  :

     :

     :      24-CV-4221 (JMF)

*This Document Relates To:*         :
*All Member Cases*           :

------------------------------------------------------------------------X
     :

ILDAR GAIFULLIN, *on behalf of himself and all others* :
*similarly situated*,         :

     :

         Plaintiff,    :

     :      24-CV-4621 (JMF)

    -v-      :

     :      <u>ORDER</u>

CHRISTIE'S INC.,       :

     :

         Defendant.   :

     :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 17, 2024, Plaintiff Ildar Gaifullin filed a putative class action against Defendant

Christie's Inc. in 24-CV-4621.  The Court accepted it as related to 24-CV-4221.

This is the latest in a string of putative class actions that have been filed against

Christie's, all of which appear to involve common questions of law and fact and several of which

have already been consolidated with 24-CV-4221, now captioned *In re Christie's Data Breach*

*Litigation*.  The Court is inclined to consolidate this new case as well, pursuant to Rule 42, for all

purposes.  Any party who objects to consolidation of 24-CV-4621 with 24-CV-4221 shall file a

letter brief, not to exceed three single-spaced pages, by **July 26, 2024**.  If no party files a letter

opposing consolidation, the Court will consolidate the cases without further notice to the parties.

SO ORDERED.

Dated: July 22, 2024
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2