UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                             :

IN RE CHRISTIE'S DATA BREACH LITIGATION    :        24-CV-4221 (JMF)
                                             :

*This Document Relates To:*                  :            <u>ORDER</u>
*All Member Cases*                         :
                                             :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the recently filed Consolidated Complaint, ECF No. 38, and the upcoming
deadline to answer or otherwise response to it, the initial pretrial conference scheduled for
September 10, 2024, is hereby ADJOURNED to **October 8, 2024**, at **9:00 a.m.**

      SO ORDERED.

Dated: September 3, 2024
      New York, New York                            
                                         JESSE M. FURMAN
                                   United States District Judge