UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IN RE CHRISTIE'S DATA BREACH LITIGATION,   :
:
*This Document Relates To:*   :   24-CV-4221 (JMF)
*All Member Cases*   :
:   ORDER
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* Docket No. 44, Defendant's earlier motion to dismiss filed at Docket No. 40 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **November 18, 2024**. Defendant's reply, if any, is due by **December 2, 2024**.

      The Clerk of Court is directed to terminate Docket No. 40.

      SO ORDERED.

Dated: October 29, 2024
       New York, New York

                                                  JESSE M. FURMAN
                                           United States District Judge