UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE CHRISTIE'S DATA BREACH LITIGATION,

No. 24-CV-4221 (JMF)

*This Document Relates To:*
*All Member Cases*

---

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES**

Plaintiffs Efstathios Maroulis, William Colley, Russell DeJulio, Alice Bruce, and Ildar Gaifullin ("Plaintiffs") and Defendant Christie's Inc. ("Defendant," together with Plaintiffs, the "Parties") jointly notice the Court that they have reached an agreement to settle the action in its entirety. The Parties have mediated and reached an agreement in principle as to the material terms of a classwide settlement. The Parties intend to file a comprehensive Settlement Agreement along with Plaintiffs' Motion for Preliminary Approval by December 13, 2024 (within 30 days of today).

In light of the settlement, the Parties respectfully move the Court for an order staying all deadlines pending the filing of the Motion for Preliminary Approval and thereafter a Motion for Final Approval of the settlement. The Parties further move the Court for an order denying without prejudice (and with leave to refile) Defendant's pending Motion to Dismiss the First Amended Consolidated Class Action Complaint (ECF 44).

Dated: November 15, 2024

Respectfully submitted,

*/s/ David K. Lietz*
David K. Lietz (admitted *pro hac vice*)
Vicki J. Maniatis
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Tel.: (866) 252-0878
dlietz@milberg.com

vmaniatis@milberg.com

Jonathan S. Mann (admitted *pro hac vice*)
**PITTMAN, DUTTON, HELLUMS,
BRADLEY & MANN, P.C.**
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Tel.: (205) 322-8880
jonm@pittmandutton.com

*Co-Lead Class Counsel*

Courtney E. Maccarone
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
cmaccarone@zlk.com

Raina Borrelli (admitted *pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel: (872) 63-1100
raina@straussborrelli.com

Jeff Ostrow (admitted pro hac vice)
**KOPELOWITZ OSTROW P.A**.
One West Las Olas Boulevard Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 900-2218
ostrow@kolawyers.com

*Plaintiffs' Executive Committee*

*/s/ Judith A. Archer*
Judith A. Archer
Sean M. Topping
Alexis Braun
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 318-3342
Fax: (212) 318-3400
judith.archer@nortonrosefulbright.com

        sean.topping@nortonrosefulbright.com
        alexis.braun@nortonrosefulbright.com

*Counsel for Defendant Christie's Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email via the CM/ECF system on all counsel of record on this 15th day of November, 2024.

        <u>*/s/David K. Lietz*</u>
        David K. Lietz