UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

IN RE CHRISTIE'S DATA BREACH LITIGATION,    |    No. 24-CV-4221 (JMF)

~~This Document Relates To:~~
~~All Member Cases~~

---------------------------------------------------------------------x

### ~~[PROPOSED]~~ ORDER GRANTING MOTION TO STAY ALL DEADLINES

The Court has considered the Parties' Joint Notice of Settlement and Motion to Stay All Deadlines. After reviewing the Motion, the Court believes it is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that all deadlines in the above-captioned proceedings are stayed pending the filing of Plaintiffs' Motion for Preliminary Approval, which filing shall be made by December 13, 2024, and thereafter a Motion for Final Approval of the settlement. Defendant's pending motion to dismiss the First Amended Consolidated Class Action Complaint (ECF 44) is deemed moot, and denied without prejudice and with leave to re-file.

SO ORDERED this ___18___ day of ___November___, 2024.

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to terminate ECF Nos. 44, 47.