UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHRISTIE'S DATA BREACH LITIGATION,<br><br>*The Document Relates to:*<br>*All Member Cases* | Case No.: 1:24-cv-04221-JMF<br><br>Judge Jesse M. Furman |

**DECLARATION OF GERAR MAZARAKIS IN RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEFING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Gerar Mazarakis, declare as follows:

1. I am a senior associate of the law firm Norton Rose Fulbright US LLP. I am an attorney for Defendant Christie's Inc. ("Christie's"). I submit this declaration in response to Plaintiffs' Supplemental Briefing on Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters stated herein, and if called upon, could and would testify thereto.

2. On May 9, 2024, Christie's discovered an unauthorized third party had gained access to certain of its systems (the "Data Breach"). The subsequent investigation revealed the unauthorized third party accessed certain files stored therein, and a robust review of the files revealed they contained customer and prospective customer personal information.

3. Christie's determined that the Data Breach impacted the personal information of 45,798 individuals within the United States.

4. On or around May 30, 2024, Christie's sent an email to its U.S. customers informing them of the Data Breach.

5.  Between June 7 and June 14, 2024, Christie's sent notification letters via the United States Postal Service to 45,770 individuals in the U.S. at addresses determined to be current and valid according to a National Change of Address Database search.

6.  Despite its best efforts, Christie's was initially unable to obtain current and valid addresses for 26 individuals in the U.S. Christie's subsequently obtained a current and valid address for one of the 26 individuals, to whom it mailed notice on June 14, 2024. Christie's sent notices to the remaining 25 individuals via email on June 14, 2024.

7.  During its review, Christie's determined that two of the 45,798 impacted individuals in the U.S. were deceased.

8.  In the notice, Christie's instructed recipients how to enroll in identity theft protection; offered a free year of identity and credit monitoring; and noted that it was "not aware of any attempts to misuse [their] information as a result of this incident."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 16, 2025
New York, New York

/s/*Gerar Mazarakis*
Gerar Mazarakis