UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHRISTIE'S DATA BREACH LITIGATION,<br><br>*The Document Relates to:*<br>*All Member Cases* | Case No.: 1:24-cv-04221-JMF<br><br>Judge Jesse M. Furman |

**DECLARATION OF JUDITH A. ARCHER IN RESPONSE TO
PLAINTIFFS' SUPPLEMENTAL BRIEFING ON
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Judith A. Archer, declare under penalty of perjury as follows:

1. I am a partner of the law firm Norton Rose Fulbright LLP and lead attorney for Defendant Christie's Inc. I submit this declaration in response to Plaintiffs' Supplemental Briefing on Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters stated herein, and if called upon, could and would testify thereto.

2. I am unaware of any other pending lawsuits relating to the above referenced matter.

3. A true and correct copy of the docket from *In re Practice Resources, LLC Data Security Breach Litigation*, No. 6:22-cv-00890 (N.D.N.Y.) is attached hereto as **Exhibit A**.

4. A true and correct copy of the motion to dismiss filed in *In re Practice Resources, LLC Data Security Breach Litigation* is attached hereto as **Exhibit B**.

5. A true and correct copy of the preliminary approval order from *In re Practice Resources, LLC Data Security Breach Litigation* is attached hereto as **Exhibit C**.

6. A true and correct copy of the docket from *Pan v. Atlas Real Estate Group Llc.*, No. 1:23-cv-910 (D. Colo.) is attached hereto as **Exhibit D**.

7. A true and correct copy of the motion to dismiss filed in *Pan* is attached hereto as **Exhibit E**.

8. A true and correct copy of the preliminary approval order from *Pan* is attached hereto as **Exhibit F**.

9. A true and correct copy of the docket from *Bahnmaier v. Wichita State University*, No. 2:20-cv-2246 (D. Kan.) is attached hereto as **Exhibit G**.

10. A true and correct copy of the motion to dismiss filed in *Bahnmaier* is attached hereto as **Exhibit H**.

11. A true and correct copy of the preliminary approval order from *Bahnmaier* is attached hereto as **Exhibit I**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 16, 2025
New York, New York

*/s/ Judith A. Archer*
Judith A. Archer