UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| IN RE CHRISTIE'S DATA BREACH LITIGATION | No. 24-CV-4221 (JMF) |
| *This Document Relates To:*<br>*All Member Cases* | CLASS ACTION |

------------------------------------------------------------------------x

### PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS TO <u>CLASS REPRESENTATIVES</u>

Pursuant to the Court's Preliminary Approval Order (ECF No. 58) Plaintiffs Efsathios Maroulis, William Colley, Russell DeJulio, Alice Bruce, and Ildar Gaifullin ("Plaintiffs" or "Class Representatives") hereby move this Court for an entry of an Order awarding attorneys' fees in the amount of one-third (33.33%) of the common fund, or $330,000, reimbursement of litigation expenses in the amount of $15,278.13, and an award to Class Representatives in the amount of $5,000 each.

This motion is based on the accompanying Memorandum of Law in support thereof, the Joint Declaration of David K. Lietz and Jonathan S. Mann in support thereof; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Date: May 6, 2025                                     Respectfully submitted,

                                                      */s/ David K. Lietz*
                                                      David K. Lietz
                                                      **MILBERG COLEMAN BRYSON**
                                                      **PHILLIPS GROSSMAN, PLLC**
                                                      5335 Wisconsin Avenue NW, Suite 440
                                                      Washington, D.C. 20015-2052
                                                      Tel.: (866) 252-0878
                                                      Email: dlietz@milberg.com

        Jonathan S. Mann
**PITTMAN, DUTTON, HELLUMS,**
**BRADLEY & MANN, P.C.**
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Tel.: (205) 322-8880
Email: jonm@pittmandutton.com

*Class Counsel for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/ David Lietz*
        Counsel for Plaintiffs