UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHRISTIE'S DATA BREACH LITIGATION<br><br>*This Document Relates To: All Member Cases* | Case No. 24-CV-4221 (JMF) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e)(2) ("Rule 23"), Plaintiffs Efsathios Maroulis, William Colley, Russell DeJulio, Alice Bruce, and Ildar Gaifullin, individually and on behalf of all others similarly situated, hereby move this Court for final approval of the class action Settlement that this Court preliminarily approved on February 19, 2025.

Class Representatives respectfully request this Court:

1. Grant final certification of the Settlement Class for settlement purposes pursuant to Rule 23(a) and (b)(3);

2. Finally appoint Efsathios Maroulis, William Colley, Russell DeJulio, Alice Bruce, and Ildar Gaifullin as Class Representatives;

3. Finally appoint David Lietz of Milberg Coleman Bryson Phillips Grossman, PLLC and Jonathan S. Mann of Pittman, Dutton, Hellums, Bradley & Mann, P.C. as Class Counsel;

4. Approve the requested attorneys' fees of $330,000.00, and reimbursement of litigation expenses in the amount of $15,278.13 to Class Counsel;

5. Finally approve the requested Service Award of $5,000.00 for each Class Representative, for a total of $25,000.00;

6. Find that the Notice met the requirements of Rule 23(c)(2)(B);

7. Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and

are approved, adopted, and incorporated by the Court;

8. Overrule the objection;

9. Direct the Parties, their respective attorneys, and the Claims and Settlement Administrator to consummate the Settlement in accordance with the [Proposed] Final Judgment Approving Class Action Settlement ("[Proposed] Final Judgment") and terms of the Settlement Agreement;

10. Resolve all claims as to all Parties and Class Members in this action and issue the [Proposed] Final Judgment; and

11. Dismiss the lawsuit with prejudice and without costs, except as provided in the Settlement Agreement.

WHEREFORE premises considered, Plaintiffs request that this Court grant this motion, as well as *Plaintiffs' Motion for an Award of Attorneys' Fees and Litigation Costs and for a Service Award*, filed on May 6, 2025 (Doc. 59).

Dated: July 8, 2025                                  Respectfully Submitted,

 */s/ David K. Lietz*
David K. Lietz
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Tel.: (866) 252-0878
dlietz@milberg.com

Jonathan S. Mann
**PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN, P.C.**
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Tel.: (205) 322-8880
jonm@pittmandutton.com

*Class Counsel and Counsel for Plaintiffs*